✤AO 247 (02/08) Order Regarding Motion for Sentence Reduction

RECEIVED    UNITED STATES DISTRICT COURT

USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __3/4/08__
      GB

for the

Western District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Warren Broussard, Jr. | ) | Case No: 2:94CR20018-001 |
| | ) | USM No: 08686-035 |
| Date of Previous Judgment: 06/06/1995 | ) | Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months is **reduced to** __151__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

COPY SENT
DATE 3-4-08
BY GB
TO USPOC
    USM ce

**III. ADDITIONAL COMMENTS**
The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. 1B1.10(b)(2)(C). Additionally, a ten (10) day STAY is hereby imposed on this Order.

Except as provided above, all provisions of the judgment dated __06/06/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/03/2008__

Effective Date: __03/12/2008__
(if different from order date)

_[Signature]_
Judge's signature

RICHARD T. HAIK, SR., CHIEF JUDGE
Printed name and title